AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Casey Alexander<br><br>*Defendant(s)* | Case No.  1:22-mj-3155-TMP |

**FILED**
2:21 pm Jun 14 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 2021 to June 14, 2022   in the county of   Cuyahoga   in the
  Northern   District of   Ohio, and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew E. Scalisi, FBI Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  June 14, 2022

City and state:   Cleveland, Ohio



Thomas M. Parker, United States Magistrate Judge