# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA     *

v.     *     CASE NO. 1:22-mj-03155-TMP

Casey Alexander     *

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ] Other:

_____

_____

Date: 6/14/2022

_____
United States Magistrate Judge