**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C891

**FILED**

JUN 15 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

---

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: Casey Alexander

Address:

Case Number: 1:22mj3155

Passport Number: 122438402

Country of Origin: United Kingdom

Expiration Date: 9/18/2031

Date Rec'd: 6/15/2022

Description of Property Other than Passport:

Signature of Individual Surrendering Passport/Other

Clerk's Signature

Print Name: CASEY ALEXANDER

---

Original of Receipt Provided to Defendant or Individual
☐ Surrendering Passport or Other Non-Cash Collateral

---

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name