**FILED**

12:45 pm Mar 06 2023
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22-MJ-3155 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY ALEXANDER, | ) | WAIVER OF TIME TO INDICT |
| | ) | |
| Defendant. | | |

I, Casey Alexander, have discussed with my attorney that I am entitled to have a federal grand jury consider and vote upon a return of an indictment in the above-referenced matter within 30 days.

With full knowledge and understanding thereof, and deeming it in my best interest to fully explore negotiations with the government, I hereby waive the provisions of Title 18, United States Code, Sections 3161(b) through March 14, 2023.

Brian M. McDonough (OH: 0072954)
Assistant U.S. Attorney

John J. Spellacy (OH: 0065700)
Counsel for Defendant

Casey Alexander
Defendant

THOMAS M. PARKER
United States Magistrate Judge